# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>CARLLOS C. SANCHEZ-ORTIZ,<br>*Defendant.* | CRIMINAL NO. 22-361-03 (ADC) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW defendant Carlos C. Sánchez-Ortíz and, through his undersigned counsel, respectfully states and prays as follows:

1. The undersigned has been retained to represent defendant [3] Carlos C. Sánchez-Ortíz in the case of reference.

WHEREFORE defendant Carlos C. Sánchez-Ortíz prays that the Honorable Court take notice of the above and notify all orders in the instant case to the undersigned.

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will notify all counsel of record.

RESPECTFULLY SUBMITTED.

*United States v. Carlos C. Sánchez-Ortíz*
Criminal No. 22-361-03 (ADC)

    In San Juan, Puerto Rico, this 16th day of August, 2022.

*Counsel for Carlos C. Sánchez-Ortíz:*

LAW OFFICES OF THOMAS R. LINCOLN
Post Office Box 363852
San Juan, PR 00936-3852
Telephone (787) 593-8803
lincolnlaw@gmail.com


 s/ Thomas R. Lincoln
Thomas R. Lincoln
USDC-PR 125509