**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>v.<br><br>CARLOS C. SANCHEZ-ORTIZ,<br>    *Defendant.* | CRIMINAL NO. 22-361-03 (ADC) |

INFORMATIVE MOTION AS TO D.E. 13

TO THE HONORABLE COURT:

COMES NOW defendant Carlos C. Sánchez-Ortíz and, through his undersigned counsel, respectfully states and prays as follows:

1. D.E. 13 was filed titled Ex Parte Motion to Modify Conditions of Release. We did <u>not</u> submit it as *ex parte* and hereby inform the court that it should be considered as a motion that is not *ex parte*.

WHEREFORE defendant Carlos C. Sánchez-Ortíz prays that the Honorable Court take notice of the above.

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will notify all counsel of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of August, 2022.

*United States v. Carlos C. Sánchez-Ortíz*
Criminal No. 22-361-03 (ADC)

                                      *Counsel for Carlos C. Sánchez-Ortíz:*

                                      LAW OFFICES OF THOMAS R. LINCOLN
                                              Post Office Box 363852
                                              San Juan, PR 00936-3852
                                              Telephone (787) 593-8803
                                                 lincolnlaw@gmail.com


                                               s/ Thomas R. Lincoln
                                                 Thomas R. Lincoln
                                                   USDC-PR 125509